# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00348-CV

### In re the State of Texas for the Protection of Hazel Lopez

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

On April 14, 2026, the State filed a petition for writs of mandamus and prohibition and an emergency motion for temporary relief. This Court granted the motion for temporary relief, temporarily stayed all proceedings pending further order of the Court, and ordered real party in interest to file a response. Real party in interest and respondent have filed responses.

Having reviewed the petition, the responses, and the mandamus record, we conclude that the State has not established that it is entitled to the relief that it requests. Thus, we lift the temporary stay and deny the petition for writs of mandamus and prohibition. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Filed:   June 5, 2026